# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1989
_____

CRISTIAN ROSARIO,

   Appellant,

   v.

STATE OF FLORIDA, Department
of Revenue, Child Support
Program and YARITZA ROSA
URENA,

   Appellees.

_____


On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.


February 4, 2026


PER CURIAM.

   DISMISSED. *See Johnston v. State*, 202 So. 3d 976 (Fla. 1st
DCA 2016).

ROWE, NORDBY, and LONG, JJ., concur.

*_____*

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

*_____*

Dayna Maeder of Law Offices of Dayna Maeder, LLC, Orlando, Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellees.